## SOUTH CAROLINA *ex rel.* ROBB *v.* GURNEY.

### ERROR TO THE SUPREME COURT OF THE STATE OF SOUTH CAROLINA.

No. 22. Re-argued October 20, 21, 1873. — Decided November 3, 1873.

*State* v. *Stoll*, 17 Wall. 425, followed.

MR. JUSTICE HUNT delivered the opinion of the court.

The same judgment is ordered in this case as in *State* v. *Stoll*, 17 Wall. 425.

*Mr. W. W. Boyce, Mr. A. G. Magrath* and *Mr. B. R. Curtis* for plaintiffs in error.

*Mr. D. H. Chamberlain* for defendant in error.